**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

MICHAEL COLOSI,

Plaintiff,

v.

CHARLOTTE COUNTY, FLORIDA; UNITED STATES FISH AND WILDLIFE SERVICE; BRIAN NESVIK[1], in his official capacity as acting Director of the United States Fish and Wildlife Service; MIKE OETKER, in his official capacity as Regional Director of the United States Fish and Wildlife Service Southeast Region; UNITED STATES DEPARTMENT OF THE INTERIOR; and DOUG BURGUM, in his official capacity as Secretary of the Interior,

Defendants,

FLORIDA WILDLIFE FEDERATION, ENVIRONMENTAL CONFEDERATION OF SOUTHWEST FLORIDA, AMERICAN BIRD CONSERVANCY, CENTER FOR BIOLOGICAL DIVERSITY,

Defendant-Intervenors.

Civil Action No.
2:24-cv-01004-SPC-KRH

**JOINT MOTION TO STAY SUMMARY JUDGMENT DEADLINES PENDING EXECUTION AND APPROVAL OF SETTLEMENT AGREEMENT**

Plaintiff Michael Colosi, Defendant Charlotte County, Federal Defendants, and Defendant-Intervenors (collectively, the "Parties") move for an order staying the Motion for Summary Judgment ("MSJ") Deadlines in the Amended Case

[1] Pursuant to Federal Rule of Civil Procedure 25(d), U.S. Fish & Wildlife Service Director Brian Nesvik is automatically substituted for Paul Souza.

Management and Scheduling Order ("CMSO"). [Doc. 107]. In support, the Parties state:

1. On July 13, 2026, the Court entered an Amended CMSO.

2. The Amended CMSO memorialized an agreement by all parties that summary judgment briefing would proceed as follows:

| **Deadline** | **Current Date** |
|---|---|
| Plaintiff's MSJ (25 pages) | August 28, 2026 |
| Defendants' responses to Plaintiff's MSJ and cross-MSJs (30 pages each) | October 2, 2026 |
| Plaintiff's combined response/reply (40 pages) | November 6, 2026 |
| Defendants' replies (15 pages each) | December 4, 2026 |

3. The primary reason for seeking a stay is that Plaintiff and Defendant Charlotte County have been actively engaged in settlement negotiations since August 3, 2026, and anticipate executing a settlement agreement by August 25, 2026.

4. The terms of the settlement agreement are subject to the approval of the Charlotte County Board of County Commissioners on or before September 8, 2026.

5. Plaintiff's Motion for Summary Judgment is currently due August 28, 2026.

6. Therefore, in anticipation of the likelihood of settlement, the parties request a stay of the summary judgment briefing schedule through and including September 28, 2026. If a settlement is not reached by that date, the parties will confer and propose a revised summary judgment briefing schedule.

7. Upon execution and approval of the settlement agreement by the settling parties, all Parties to this case will file a joint stipulation of dismissal as soon as practicable and no later than September 28, 2026.

8. The Court possesses inherent authority to control its docket and stay proceedings when doing so promotes the efficient resolution of the case. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). A stay is warranted here because the parties require sufficient time to complete settlement negotiations, execute a formal settlement agreement, and obtain approval by the Charlotte County Board of County Commissioners. The Parties have acted diligently to facilitate settlement. Requiring summary judgment briefing to proceed under these circumstances would require an unnecessary expenditure of time and resources.

9. The requested stay would not prejudice any party, as all Parties have agreed to the stay.

10. The Parties conferred by email on August 12 and 13, 2026, to reach an agreement regarding this request to stay the summary judgment briefing schedule. All Parties reviewed and approved this joint motion before filing.

DATED: August 14, 2026.

Respectfully submitted,

*/s/Johanna B. Talcott*
Johanna B. Talcott
Fla. Bar No. 1008094
*Lead Counsel*
Pacific Legal Foundation
4440 PGA Blvd., Suite 307
Palm Beach Gardens, Florida 33410
Telephone: (561) 691-5000
jotalcott@pacificlegal.org
mark@pacificlegal.org

*Attorney for Plaintiff*
**pro hac vice*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Mark Brown*
MARK ARTHUR BROWN
Senior Trial Attorney (FL Bar 0999504)
Wildlife & Marine Resources Section
Benjamin Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 532-3103
Email: mark.brown@usdoj.gov

*Attorney for Federal Defendants*

**GREENBERG TRAURIG, P.A.**
*Attorney for Defendant Charlotte County, Florida*
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0816
Facsimile: (305) 579-0717

*/s/ Mark Salky*
MARK A. SALKY
Florida Bar No. 058221
Email: mark.salky@gtlaw.com
flservice@gtlaw.com

**EARTHJUSTICE**
*Attorney for Intervenor Defendants*
48 Wall Street, 15th Floor
New York, NY 10005
Phone: (917) 410-8727
abloom@earthjustice.org

*/s/ Aaron Bloom*
Aaron Bloom*
(By Special Admission)

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Plaintiff hereby certifies that a good faith attempt to resolve or narrow the issues presented by this motion has been made pursuant to LR 3.01(g). Specifically, on August 12 and 13, 2026, the undersigned conferred by email with Defendants' counsel to reach an agreement as to relief requested in this joint motion. The undersigned also circulated a draft of this joint motion for all Parties' approval before filing.

/s/ Johanna B. Talcott
Johanna B. Talcott
Pacific Legal Foundation

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2026, I served this document via the Court's electronic filing system to the Defendants:

Mark A. Salky
Kerri L. Barsh
Alexa J. Rosenson
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
mark.salky@gtlaw.com
barshk@gtlaw.com
alexa.rosenson@gtlaw.com
*Counsel for Defendant Charlotte County, Florida*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

Mark Arthur Brown
Senior Trial Attorney
Wildlife and Marine Resources Section
United States Department of Justice
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
mark.brown@usdoj.gov
*Counsel for Federal Defendants*

Aaron Bloom*
Earthjustice
48 Wall Street, 15th Floor
New York, NY 10005
abloom@earthjustice.org
*Lead counsel for Defendant-Intervenors*

Alisa Coe
Earthjustice
111 S. Martin Luther King Jr. Blvd.
Tallahassee, FL 32301
acoe@earthjustice.org

Sharmeen Morrison*
Earthjustice
50 California Street #500
San Francisco, CA 94111
smorrison@earthjustice.org
*Additional counsel for Defendant-Intervenors*

**pro hac vice*

/s/ Johanna B. Talcott
Johanna B. Talcott
Pacific Legal Foundation